# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-614 (LOG/MSN) |
| ) | |
| FAIRFAX COUNTY SCHOOL BOARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF JANE DOE'S WITNESS LIST

Pursuant to Fed. R. Civ. P. 26(a)(3) and this Court's Scheduling Order, Plaintiff provides as follows her witness list for the trial of this matter.

1. Plaintiff Jane Doe
2. Jane Roe
3. John Doe
4. John Banbury
5. Wally Baranyk
6. Sara Boyd, Ph.D.
7. Mary "Molly" Brady
8. Alyson Calvello
9. Karoline Davis
10. Darrell Estess
11. Kathryn Harlow, LPC
12. Jennifer Hogan

13. Emily Jorgensen

14. Kristen Jorgensen

15. Aveesh Kachroo

16. Laura Kelly

17. Meredith Kerley, LCSW

18. Marisa London

19. Brianna Murphy

20. Kathleen Sefchick

21. Jack Smith

22. Victoria Staub

23. Michelle Taylor

24. Jamie VanValkenburg

25. Fairfax County School Board Rule 30(b)(6) witness Jamie Lane

26. Fairfax County School Board Rule 30(b)(6) witness Mary Ann Panarelli

Plaintiff reserves the right to call witnesses for the purposes of impeachment and/or rebuttal.

Plaintiff reserves the right to call custodians of records as may be necessary.

Plaintiff reserves the right to call any witness that would cause no surprise or prejudice to the opposing side and that may have been inadvertently left off of this list.

Plaintiff reserves the right to amend and/or supplement this Witness List to include any subsequent discovery witness identified in discovery or by the Defendant after submission of this pleading.

Date: April 24, 2019

Respectfully submitted,

ATES LAW FIRM, P.C.

  /s/ John R. Ates
John R. Ates (VSB #71697)
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
703-647-7501 (tel)
703-229-6430 (fax)
j.ates@ateslaw.com

PUBLIC JUSTICE, P.C.

  /s/ Adele P. Kimmel
Adele P. Kimmel (admitted *pro hac vice*)
1620 L Street NW, Suite 630
Washington, D.C. 20036
(202) 797-8600 (tel)
(202) 232-7203 (fax)
akimmel@publicjustice.net

CORREIA & PUTH, PLLC

  /s/ Linda M. Correia
Linda M. Correia (admitted *pro hac vice*)
Lauren A. Khouri (admitted *pro hac vice*)
1400 16th Street NW, Suite 450
Washington, D.C. 20036
 (202) 602-6500 (tel)
 (202) 602-6501 (fax)
lcorreia@correiaputh.com
lkhouri@correiaputh.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2019 I filed the foregoing using the CM/ECF system, which will send electronic notice of this filing, Plaintiff Jane Doe's Witness List, to Defendant's counsel of record:

Sona Rewari
Andrea Calem
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
srewari@hunton.com
ACalem@hunton.com
*Counsel for Defendant*

/s/ John R. Ates
John R. Ates (VSB #71697)
Ates Law Firm, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia 22314
703-647-7501 Telephone
703-229-6430 Fax
j.ates@ateslaw.com