UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:18-cv-614 (LOG/MSN) |
| FAIRFAX COUNTY SCHOOL BOARD, | ) |
| Defendant. | ) |

**DEFENDANT FAIRFAX COUNTY SCHOOL BOARD'S PROPOSED WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's Orders of October 2, 2018 (Dkt. #30), and March 13, 2019 (Dkt. #119), Defendant Fairfax County School Board provides the following about the witnesses that it may present at trial other than solely for impeachment:

**A.  Witnesses Whom the School Board Expects to Call**

1. Michelle Taylor
2. Jennifer Hogan
3. John Banbury
4. Jamie VanValkenburg
5. Alyson Calvello
6. Wally Baranyk
7. Jane Doe
8. John Doe
9. Jane Roe
10. Mary ("Molly") Brady

11. Charles Grausz

12. Mohammed Nouristani

13. Marisa London

14. Donald Clark

15. Mary Ann Panarelli

16. Liza H. Gold, M.D.

**B.** **<u>Witnesses Whom the School Board May Call if the Need Arises</u>**

17. Hillary Huffman

18. Hannah Moore-Chalko

19. Laura Kelly

20. Kathleen Sefchick

21. Darryl Estess

22. Michael Vary

23. Katherine Byrd

24. Lauren Husman

25. William Tiller

26. Grant Trouton

27. Jamie Lane

28. Jack Smith

29. Jack Smith's mother

30. Any witness identified in Plaintiff's Rule 26(a)(3)(A) disclosures to whom Defendant does not object or to whom Defendant's objection is overruled.

**C. Designation of Those Witnesses Whose Testimony the School Board Expects to Present by Deposition**

The School Board does not currently expect to present any witnesses by deposition, but it reserves the right to present witnesses through deposition should any witness become unavailable to testify in person at trial.

Respectfully submitted,

FAIRFAX COUNTY SCHOOL BOARD

By: /s/
Sona Rewari (VSB No. 47327)
Andrea R. Calem (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington DC 20037
Telephone: (202) 955-1974
Facsimile: (703) 918-4018
srewari@huntonak.com
acalem@huntonak.com

*Counsel for Defendant Fairfax County School Board*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

/s/
Sona Rewari (VSB No. 47327)