UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD,<br><br>    Defendant. | Case No. 1:18-cv-614 (LOG/MSN) |

## SPECIAL INTERROGATORY VERDICT FORM

We, the jury, find from the preponderance of the evidence:

1. That Jane Doe was subjected to sexual harassment by the conduct of Jack Smith that occurred on the bus on March 8, 2017.

    YES __✓__    NO _____

    (If your answer to this Question is "YES," proceed to Question 2.)

    (If your answer to this Question is "NO," your deliberations are complete and your Foreperson should sign and date this verdict form and notify the Court Security Officer that you have reached a verdict.)

2. That Mr. Smith's conduct during the March 8 incident was so severe, pervasive, and offensive to a reasonable person of Jane Doe's sex that it effectively deprived Ms. Doe of equal access to the educational opportunities or benefits provided by the School Board.

    YES __✓__    NO _____

    (If your answer to this Question is "YES," proceed to Question 3.)

    (If your answer to this Question is "NO," your deliberations are complete and your Foreperson should sign and date this verdict form and notify the Court Security Officer that you have reached a verdict.)

3. That the School Board had actual knowledge of the alleged sexual harassment by Jack Smith that occurred on March 8.

YES _____   NO ___✓_____

(If your answer to this Question is "YES," proceed to Question 4.)

(If your answer to this Question is "NO," your deliberations are complete and your Foreperson should sign and date this verdict form and notify the Court Security Officer that you have reached a verdict.)

4. That the School Board acted with deliberate indifference in response to such known sexual harassment of Jane Doe on the March 8, 2017 bus trip.

YES _____   NO _____

(If your answer to this Question is "YES," proceed to Question 5.)

(If your answer to this Question is "NO," your deliberations are complete and your Foreperson should sign and date this verdict form and notify the Court Security Officer that you have reached a verdict.)

5. That Jane Doe should be awarded damages for emotional pain, suffering, mental anguish, loss of enjoyment of life, or other nonpecuniary losses caused by the School Board's allegedly wrongful conduct.

YES _____   NO _____

If your answer to this Question is "YES," in what amount?

$_____

(If your answer to this Question is "NO," your deliberations are complete and your Foreperson should sign and date this verdict form and notify the Court Security Officer that you have reached a verdict.)

DATE: 8/9/2019     JURY FOREPERSON: ██████████
                                                             (Printed name)

JURY FOREPERSON: ██████████