**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-614 (LOG/MSN) |
| ) | |
| FAIRFAX COUNTY SCHOOL BOARD, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF INTENT TO RESPOND TO EMERGENCY MOTION

Defendant Fairfax County School Board hereby notifies the Court that it opposes Plaintiff's Emergency Motion to Contact Jurors [ECF 329], and that it intends to file a written opposition.

Respectfully submitted,

FAIRFAX COUNTY SCHOOL BOARD

By: /s/
Sona Rewari (VSB No. 47327)
Stuart A. Raphael (VSB No. 30380)
Andrea R. Calem (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington DC 20037
Telephone: (202) 419-2274
Facsimile: (202) 828-3728
sraphael@huntonak.com
srewari@huntonak.com
acalem@huntonak.com

*Counsel for Defendant*
*Fairfax County School Board*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

                                                           /s/
                                   Sona Rewari (VSB # 47327)