IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE,<br><br>        *Plaintiff,*<br><br>v.<br><br>FAIRFAX COUNTY SCHOOL BOARD,<br><br>        *Defendant.* | Case No. 1:18-cv-614 |

## ORDER

This matter comes before the Court on Plaintiff's Emergency Motion to Contact Jurors. Dkt. 329. The Court finds good cause to **GRANT** Plaintiff's motion. Plaintiff's counsel may contact the juror who initiated contact with Plaintiff's counsel and may interview him for the purposes of educating counsel on the uniqueness of a Title IX trial and respond to any issues raised by the juror. Plaintiff's counsel may not initiate contact with any other juror. Defendant's counsel shall be present for the interview with the juror unless Defendant's counsel waives appearance. The interview shall be preserved by audio or other transcription means. The interview will be limited by the provisions of Federal Rule of Evidence 606(b).

It is **SO ORDERED.**

August 15, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge