**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-614 (LOG/MSN) |
| ) | |
| FAIRFAX COUNTY SCHOOL BOARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF INTENT TO OPPOSE MOTION**

Defendant Fairfax County School Board opposes Plaintiff's motion (ECF No. 354) to reconsider the Court's denial of her new trial motion; the School Board will be filing a brief in opposition. The School Board further objects to Plaintiff's filing the juror interview (ECF No. 357), which is inadmissible and flouts the Court's prior order (ECF No. 335), restricting the interview in accordance with Federal Rule of Evidence 606(b). The School Board plans to file a motion to strike that filing simultaneously with its brief in opposition to Plaintiff's motion.

The School Board does not object to Plaintiff's request (ECF No. 356) to waive oral argument on her motion. Should the Court wish to hear oral argument, however, counsel for the School Board are not available on Friday, October 18, 2019, but would be available on October 25. That hearing date, should the Court wish to entertain oral argument, would occur before the October 28 deadline for Plaintiff to note an appeal to the Fourth Circuit from the final judgment rendered on September 27, 2019.

Respectfully submitted,

FAIRFAX COUNTY SCHOOL BOARD

By: /s/
Stuart A. Raphael (VSB No. 30380)
Sona Rewari (VSB No. 47327)
Andrea R. Calem (admitted *pro hac vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (703) 918-4018
srewari@HuntonAK.com
sraphael@HuntonAK.com
acalem@HuntonAK.com

*Counsel for Defendant*
*Fairfax County School Board*

## CERTIFICATE OF SERVICE

I certify that on October 15, 2019, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

/s/
Stuart A. Raphael (VSB No. 30380)