IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) CIVIL ACTION 1:18-cv-614 |
| FAIRFAX COUNTY SCHOOL BOARD, | ) ) ) |
| *Defendant.* | ) ) |

### ORDER

Two motions are before the Court: Plaintiff's Motion for Reconsideration (Dkt. 354); and Defendant's Motion to Strike Plaintiff's Filing of the Juror Interview and Newspaper Articles (Dkt. 362). Because oral argument will not benefit the Court in the resolution of these matters, there will be no oral argument on October 25, 2019.

Plaintiff's motion is fully briefed. Upon consideration of the pleadings and the arguments therein, the Court is not persuaded that its denial of Plaintiff's motion for a new trial was improper. Without commenting on the accuracy of the statements in the juror interview transcript (Dkt. 357), the Court finds that it is inadmissible for many of the reasons stated in Defendant's brief, but specifically under Federal Rule of Evidence 606(b). As such, Plaintiff's Motion is hereby **DENIED**, and Defendant's Motion is hereby **GRANTED** with respect to the juror interview transcript.

It is **SO ORDERED**.

October 23 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge