**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-614 (LOG/MSN) |
| ) | |
| FAIRFAX COUNTY SCHOOL BOARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF JANE DOE'S NOTICE OF APPEAL**

Notice is given that Plaintiff Jane Doe appeals to the United States Court of Appeals for the Fourth Circuit the Judgments entered on August 9, 2019 (Docket No. 328) and September 27, 2019 (Docket No. 353) and related Orders regarding post-trial motions entered on September 27, 2019 (Docket No. 352) and October 23, 2019 (Docket No. 366), stemming from the jury trial held by this Court on July 29, 2019 through August 9, 2019 (Docket Nos. 283, 285, 287, 288-294, 296-300, 307-309, 310, 314, 317-319, 320, 322, 324, 325, 326-328), and the Court's jury instructions (including instructions not given), replies to jury questions (including responses not provided to jury questions), and related Orders and decisions that occurred within the trial.

Date: October 24, 2019

Respectfully submitted,

ATES LAW FIRM, P.C.

 */s/ John R. Ates*
John R. Ates (VSB #71697)
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
703-647-7501 (tel)
703-229-6430 (fax)
j.ates@ateslaw.com

        PUBLIC JUSTICE, P.C.

        __/s/ Adele P. Kimmel_____
        Adele P. Kimmel (admitted *pro hac vice*)
        1620 L Street NW, Suite 630
        Washington, D.C. 20036
        (202) 797-8600 (tel)
        (202) 232-7203 (fax)
        akimmel@publicjustice.net

        CORREIA & PUTH, PLLC

        __/s/ Linda M. Correia_____
        Linda M. Correia (admitted *pro hac vice*)
        Lauren A. Khouri (admitted *pro hac vice*)
        1400 16th Street NW, Suite 450
        Washington, D.C. 20036
        (202) 602-6500 (tel)
        (202) 602-6501 (fax)
        lcorreia@correiaputh.com
        lkhouri@correiaputh.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 24, 2019 I filed the foregoing using the CM/ECF system, which will send electronic notice to Defendant's counsel of record:

    Sona Rewari
    Andrea Calem
    Stuart Raphael
    Hunton Andrews Kurth LLP
    2200 Pennsylvania Avenue, NW
    Washington, DC 20037
    srewari@huntonak.com
    acalem@huntonak.com
    sraphael@huntonak.com
    *Counsel for Defendant*

                                                    /s/ John R. Ates_____
                                          John R. Ates (VSB #71697)
                                          Ates Law Firm, P.C.
                                          1800 Diagonal Road
                                          Suite 600
                                          Alexandria, Virginia 22314
                                          703-647-7501 Telephone
                                          703-229-6430 Fax
                                          j.ates@ateslaw.com