FILED:  October 30, 2019

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 19-2203
(1:18-cv-00614-LO-MSN)

———————————

JANE DOE

Plaintiff - Appellant

v.

FAIRFAX COUNTY SCHOOL BOARD

Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:18-cv-00614-LO-MSN |
| Date notice of appeal filed in originating court: | 10/24/2019 |
| Appellant(s) | Jane Doe |
| Appellate Case Number | 19-2203 |
| Case Manager | Joy Hargett Moore 804-916-2702 |