**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-614 (MSN-IDD) |
| | ) | |
| FAIRFAX COUNTY SCHOOL BOARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF WAIVER OF HEARING ON
<u>PLAINTIFF'S MOTION FOR A STATUS CONFERENCE TO SET A TRIAL DATE</u>**

Plaintiff Jane Doe, through counsel, respectfully informs the Court that she waives a

hearing on Plaintiff's Motion for a Status Conference To Set a Trial Date.  Dkt. #382.

Plaintiff inquired as to defendant's position, and counsel for defendant indicated that

defendant would waive a hearing, but that defendant intends to respond to the motion.

Date: March 2, 2022          Respectfully submitted,

ATES LAW FIRM, P.C.

   _/s/ John R. Ates_
John R. Ates (VSB #71697)
1800 Diagonal Road, Suite 600
Alexandria, Virginia 22314
703-647-7501 (tel)
j.ates@ateslaw.com