UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:18-cv-614 (MSN/IDD) |
| FAIRFAX COUNTY SCHOOL BOARD, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT FAIRFAX COUNTY SCHOOL BOARD'S PROPOSED WITNESS LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Defendant Fairfax County School Board provides the following about the witnesses that it may present at trial other than solely for impeachment:

**A.    Witnesses Whom the School Board Expects to Call**

1. Michelle Taylor
2. Jennifer Hogan
3. John Banbury
4. Jamie VanValkenburg
5. Alyson Calvello
6. Walter Baranyk
7. Jane Doe
8. Michael Campfield
9. Belinda Dahlman
10. Mary Brady
11. Charles Grausz

    12.    Mohammed Nouristani

    13.    Marisa London

    14.    Donald Clark

    15.    Mary Ann Panarelli

    16.    Laura Kelly

    17.    Jamie Lane

    18.    Jack Smith

**B.** **Witnesses Whom the School Board May Call if the Need Arises**

    19.    Liza H. Gold, M.D.

    20.    Any witness identified in Plaintiff's Rule 26(a)(3)(A) disclosures to whom Defendant does not object or to whom Defendant's objection is overruled.

**C.** **Designation of Those Witnesses Whose Testimony the School Board Expects to Present by Deposition**

The School Board does not currently expect to present any witnesses by deposition, but it reserves the right to present witnesses through deposition should any witness become unavailable to testify in person at trial.

Respectfully submitted,

FAIRFAX COUNTY SCHOOL BOARD

By: _____/s/_____
Sona Rewari (VSB No. 47327)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington DC 20037
Telephone: (202) 955-1974
Facsimile: (703) 918-4018
srewari@huntonak.com

Maya M. Eckstein (VSB No. 41413)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street

Richmond, VA 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
meckstein@HuntonAK.com

*Counsel for Defendant Fairfax County School Board*

## CERTIFICATE OF SERVICE

 I hereby certify that on this 28th day of April, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record for all Parties.

/s/
Sona Rewari (VSB No. 47327)