UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JANE DOE,
        *Plaintiff*,

v.

FAIRFAX COUNTY SCHOOL BOARD,
        *Defendant*.

Case No. 1:18-cv-00614 (MSN/IDD)

## ORDER

This matter comes before the Court on Plaintiff's Motion to Voluntarily Dismiss (Dkt. No. 427). Because it appears just and proper to do so, the Court will grant the motion in part and deny it in part. The motion is granted with respect to dismissing the case with prejudice. However, the Court need not expressly retain jurisdiction over this matter, and the motion is therefore denied in that regard. As always, if any party fails to abide by the terms of the settlement agreement, the non-breaching party has a remedy in contract law to be pursued in the appropriate forum.[1] Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion to Voluntarily Dismiss (Dkt. No. 427) is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that the motion hearing set for Friday, July 14, 2023, is **TERMINATED**; and it is further

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.**

---

[1] Moreover, to the extent that Plaintiff's concerns about Defendant disclosing her identity persist, the Court notes that Plaintiff remains free to raise any breaches of the relevant protective orders in this Court as the terms of its protective orders continue to apply—notwithstanding the dismissal of this case. *See* Dkt. Nos. 34, 62 (providing that the protective orders "shall survive termination of this action"); *see also id*. (providing that "[t]he Court retains jurisdiction to make such amendments, modifications, and additions to [the protective orders] as it may from time to time deem appropriate").

The Clerk is directed to send a copy of this Order to all counsel of record.

**SO ORDERED**.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

July 12, 2023
Alexandria, Virginia